IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARVIN HARRIS,

    Plaintiff,

 v.

GROUNDS, et al.,

    Defendants.

Case No.: C 14-1643 CW (PR)

ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, a state prisoner incarcerated at Salinas Valley State Prison (SVSP), has filed a pro se civil rights action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by employees at SVSP. On June 25, 2014, the Court reviewed Plaintiff's complaint under 28 U.S.C. § 1915A(a) and issued an Order of Dismissal with Leave to Amend. In the Order, the Court granted leave to Plaintiff to file an amended complaint within twenty-eight days from the date of the Order. The Court noted that Plaintiff's failure to file an amended complaint within the designated time would result in the dismissal of his case.

    More than twenty-eight days have passed and Plaintiff has not filed an amended complaint nor communicated with the Court.

1  Therefore, this case is dismissed without prejudice.  The Clerk of
2  the Court shall terminate all motions and close the file.
3       IT IS SO ORDERED.

5  Dated: 8/18/2014

```
                              _____
                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE
```